Same case below, 376 Fed. Appx. 467.

**No. 10-5934. Osinachi Ogemdi Ezike, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 942, 131 S. Ct. 360, 178 L. Ed. 2d 233, 2010 U.S. LEXIS 7298.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 470.

**No. 10-5938. William Gurka, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 360, 178 L. Ed. 2d 233, 2010 U.S. LEXIS 7445.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 605 F.3d 40.

**No. 10-5939. Johnny Ray Fancher, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 361, 178 L. Ed. 2d 233, 2010 U.S. LEXIS 7441.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 388 Fed. Appx. 259.

**No. 10-5941. Jose Giovanni Granados-Reyes, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 361, 178 L. Ed. 2d 233, 2010 U.S. LEXIS 7378.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 318.

**No. 10-5942. Honorio Moreno Herrera, Petitioner v. California.**

562 U.S. 942, 131 S. Ct. 361, 178 L. Ed. 2d 233, 2010 U.S. LEXIS 7245.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 49 Cal. 4th 613, 110 Cal. Rptr. 3d 729, 232 P.3d 710.

**No. 10-5945. Jesus Olivas, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 361, 178 L. Ed. 2d 233, 2010 U.S. LEXIS 7358.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5947. Mario A. Scott, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 361, 178 L. Ed. 2d 233, 2010 U.S. LEXIS 7209.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5951. Charles Mason Whitley, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 361, 178 L. Ed. 2d 233, 2010 U.S. LEXIS 7278.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 390.